Victor A. Afanador, Esq.
Lite DePalma Greenberg, LLC
Two Gateway Center - Suite 1201
Newark, New Jersey 07102
(973) 623-3000
vafanador@litedepalma.com
(Appearing Pro Hac Vice)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>Christopher Napoli, Daniel Johnson,<br>Salvatore LaMorte, Steven Paul,<br>Jeffrey Entel, a/k/a "Yeury Amarante"<br>"Jerry Amarante", Joseph Carozza,<br>Jeffrey Herholz, Darrell Creque,<br>Michael Arnold, a/k/a "Mike Johnston"<br>Diego Podolsky Paes, a/k/a "Juan Montes"<br>and Dino Antonioni,<br><br>Defendants. | CASE NO. CR 10-0642 CRB<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT SALVATORE LAMORTE TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND** |

On September 22, 2010, defendant Salvatore Lamort appeared before the Honorable Magistrate Judge Zimmerman for arraignment, identification of counsel and issues regarding bond. Mr. LaMorte resides in Freehold, New Jersey, in the District of New Jersey. The Court released the defendant pursuant to an Order Setting Conditions of Release and Appearance Bond ("Bond"), which required, among other conditions, that the defendant:

(1) Surrender his passport to the Clerk of the Court in the Northern District of California on or before September 23, 2010. This condition was satisfied on September 23, 2010.

(2) Arrange for family friends, James McLean, Jr. and Cleo Smith, to sign a Bond posting property in New Jersey within the District of New Jersey on or before October 7, 2010. It recently came to the attention of Mr. LaMorte that this condition may not be currently satisfied by these sureties. As a result, Mr. LaMorte has made considerable good faith efforts to obtain an appraisal of the

family home in order to secure the required $250,000.00 as originally indicated in the conditions of release. A two week extension of the October 7, 2010 deadline would allow Mr. LaMorte the time necessary to finalize this process and determine whether there is a necessity for a change of his conditions of release.

(3) Repatriate all funds in Starfish Ltd., account #: 10345735 ("Starfish") into an Account in the United States of America and Government advised of the transfer. Mr. LaMorte diligently reached out to overseas contacts within the last two weeks in an effort to repatriate all Starfish funds but was only able to speak with the person authorized to release said funds on October 7, 2010. The person authorized to approve any transfer of the Starfish account was unavailable and finally contacted Mr. LaMorte on the aforementioned date. Accordingly, a two week extension would allow Mr. LaMorte the time to transfer said funds into an account controlled by the United States of America. This procedure would ensure that Mr. LaMorte would not diminish the balance in that account pending transfer or after the funds arrive in the United States of America.

Counsel for Mr. LaMorte has spoken with Assistant United States Attorney Kirsten Ault, Esq. and both counsel agree that an extension of time for the property postings to be completed is appropriate given: (1) good faith efforts of Mr. LaMorte to comply with the Bond conditions and secure alternate security under the deadlines currently existing, and (2) the principles of fairness and justice.

Accordingly, with the agreement of the parties, and with the consent of the defendant, the Court orders that an extension of time is granted from October 7, 2010 to October 21, 2010 for the Defendant Mr. LaMorte to comply with the Bond condition that the property referenced above be posted as security for the Bond.

| | |
|---|---|
| Dated: October 7, 2010 | By: /s/ Victor A. Afanador |
| | Victor A. Afanador |
| | Attorney for Defendant, Salvatore Lamort |
| 10/7/10 | By: [signature] |
| | Kirstin Ault |
| | Assistant United States Attorney |

IT IS SO ORDERED:

Dated: October 13, 2010

[signature] Joseph C. Spero for **BERNARD ZIMMERMAN**
United States Magistrate Judge

*Judge Joseph C. Spero — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal*

## PROOF OF SERVICE

I, Carla DaSilva, declare that I am over the age of eighteen years and not a party to this action. I am an employee of Lite DePalma Greenberg, LLC ("the Firm") and my business address if Two Gateway Center, Suite 1201, Newark, New Jersey 07102.

On October 7, 2010, I served the following document(s) in this cause:

**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT SALVATORE LAMORT TO POST PROPERTY WITH CLERK IN SUPPORT OF BOND**

I caused said document to be Electronically Filed and Served through the CourtLink system for the above-entitled case to those parties on the Service List maintained on CourtLink's Website for this case. The file transmission was reported as complete and a copy of the "JusticeLink Filing Receipt" page will be maintained with the original document in our office.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 7, 2010, in Newark, New Jersey.

*/s/ Carla DaSilva*
Carla DaSilva